UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pauline Hammerly,<br><br>    Plaintiff,<br><br>v.<br><br>Procter & Gamble Pharmaceuticals, Inc. and<br>    Aventis Pharmaceuticals, Inc.,<br><br>    Defendants. | **MASTER FILE**<br>**No. 1:06-md-01789-JFK-JCF**<br><br><br>Case No.: 08-cv-00953 |

### STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

The undersigned counsel for Plaintiff PAULINE HAMMERLY hereby stipulates and agrees that William B. Curtis, Esquire of Miller, Curtis & Weisbrod should be allowed to withdraw as counsel and that Timothy M. O'Brien, Esquire of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P. A. shall be named as counsel for Plaintiff PAULINE HAMMERLY.

_____
WILLIAM B. CURTIS, ESQUIRE
Miller, Curtis & Weisbrod
11551 Forst Central Drive
Suite 300
Dallas, TX 75243
Telephone: 214.987.0005
Facsimile: 214.987.2545

_____
TIMOTHY M. O'BRIEN, ESQUIRE
Levin, Papantonio, Thomas, Mitchell,
    Echsner & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502
Telephone: 850.435.7084
Facsimile: 850.436.6084

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 28th day of July 2008, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone     (850) 435-7004 fax